Kevin A. BARNES, Joseph Abrantes, Tom V. Acosta, Alfonso J. Acuna, Andres F. Adame, Murray C. Adams, Jr., Vincent Z. Aguilar, Alfonso Alcaraz, Edwin L. Alexander, William D. Allan, Donald R. Allman, Carlos G. Almengor, Eduardo R. Alvarado, Samuel C. Alvarado, Juan Amaya, Kenneth M. Andersen, Sammie L. Anderson, Jr., Arthur C. Angulo, Stan L. Antey, John D. Anthony, Michael F. Apple, Roberto Arce, Robert V. Argento, Raul M. Arriola, Richard L. Ashlaw, Cyril V. Atherton, III, Nelson Atiles, Wayne Atwell, Louis Avalos, Rodolfo F. Ayala, John Baughman, Benjamin W. Babb, II, Steve A. Babbey, David A. Badger, Carl J. Ball, Corey H. Bammer, Ruben R. Banda, Frank R. Banuelos, Gregory J. Barbagallo, Willie Barber, David E. Barksdale, Richard A. Barlow, Ernest M. Baron, Eduardo J. Barrera, Alfredo Barron, Jr., Christopher J. Bartine, George D. Baxter, Brad Beales, Mitchell F. Becker, Fernando J. Beltran, George Benavides, Ricardo Benavides, Jr., Monte J. Bennett, David J. Bernard, Anthony J. Betts, Aaron R. Billings, Chris E. Bippley, Todd L. Birdsong, Brian Blake, Thomas L. Blanks, Frank Blauvelt, John H. Block, Robert L. Boatright, Michael G. Boone, Steven M. Borup, Miodrag A. Botto, William R. Botts, Ralph D. Boubel, Dudley K. Braesicke, Nolan R. Brandt, Kevin P. Brashear, H. Lee Brawley, Bryant K. Brazley, Robert Breyer, Danny M. Brinson, Elizabeth Briones, Carlos E. Briones, Justin Bristow, Arturo H. Brito, Brian C. Brown, Darrell Brown, David E. Brown, George H. Brunner, John M. Bryant, Reginald Buck, Donald R. Buechner, Wesley D. Burch, John J. Buscaglia, Jeffrey R. Bush, Mark A. Butler, Louie Calanche, Jr., Philip N. Calk, Patrick D. Callahan, Edgar P. Cano, Gustavo Cantu, Cesar Cantu, Jr., Olimpiades Cardines, Jr., Stephen A. Cardwell, Raul Y. Caro, Rogerr Carpenter, Frank G. Carrillo, Michael E. Carvalho, Eduardo Casares, Keith Casiraghi, Ricky D. Casler, Jose Castillo, Jose A. Castillo, Alfredo A. Cauble, Keith W. Centner, Javier Cerda, Dominick Chambers, Omar A. Champion, Karla J. Chasteen, Leandro M. Chavez, Felix Chavez, Alejandro Chavez, Alfredo Chavez, Raymundo Chavez, Jr., Steven L. Clanahan, Lee F. Clevenger, II, John Clough, Jr., Brad Coe, Edward Conlin, William C. Cook, Donald V. Cook, Randall K. Corley, Michael G. Corley, David J. Corolis, Roberto Correa, Paul B. Cottrell, David E. Couls, George Crews, Jose G. Cruz, Eduardo Cruz, Rodolfo A. Cubillas, Rodolfo Curiel, Daniel L. Curtis, David M. Dailey, Ronald G. Damron, Javier R. Davis, August B. De Kock, II, Humberto De La Cruz, Mark R. Degrenia, Peter Del Angel, Ross De Lacy, Michael J. Delaney, Thomas E. Deming, Stanely K. Dewitt, Luis Diaz, Michael J. Diaz, Sergio L. Diaz, Agustin Diaz, Jr., Cesar M. Doble, Debra A. Dockendorf, David Doherty, Anthony M. Dominguez, Michael W. Doolittle, Michael E. Douglas, Matthew K. Downey, Bill W. Drake, Robert A. Dubay, Eric Dubbe, William A. Dubois, Robert M. Duff, Jeffrey D. Duncan, Phillip W. Ebner, Gayle Echelmeyer–Simon, Douglass E. Eckhardt, John D. Ed-

wards, William K. Edwards, Kenneth C. Edwards, Jr., Mark N. Eisenbeis, Carl A. Eklund, Warren W. Erwin, Hector Escamilla, Leticia E. Escamilla–Heyer, Robert Espino, Javier A. Esquivel, Alfredo A. Esquivel, Darryl J. Essing, Miguel Estrada, Gilbert R. Estrada, Wayne A. Evans, Steve E. Evans, Alvin H. Evenson, Jr., Kenneth H. Farish, Sr., Robert E. Farrens, Thomas Ferrandino, Robert A. Fiebig, Duane A. Finney, Jr., Donald J. Fitch, Sean P. Flannery, Grady L. Fleenor, Thomas J. Fleming, Angel L. Flores, Eduardo Flores, Joel C. Flores, Julian H. Flores, Jr., Jeff Flud, Willie A. Forester, Curtis E. Fox, Edward Frausto, Allan D. Frock, Charlene S. Frutchey, Robert D. Fuentes, Alejandro S. Fuentez, Miles E. Furman, William H. Furnia, Mont Fyffe, Jr., Karen L. Gales–Lopez, Robert Gallardo, Brian G. Gallucci, John J. Gandy, Jr., Dagoberto Garcia, Ruben Garcia, Robert N. Garcia, Robert L. Garcia, Marco A. Garcia, Juan R. Garcia, Edward Garcia, Francisco A. Garcia, Monty E. Garland, Stuart R. Gary, Daniel Garza, Jaime X. Garza, Jorge A. Garza, Frank Garza, Raul Garza, Raymond G. Gaudreau, Michael Gerleve, Philip A. Giarraputo, Jean S. Gibson, Barbara E. Gilbert, Shawn A. Gisler, Joseph W. Giuliano, Michael R. Gladish, Mark E. Godshall, Michael T. Gold, Alberico M. Gomez, Norbert Gomez, Mario A. Gomez, Arnold E. Gomez, Michael L. Gonzales, Frank C. Gonzales, Jose A. Gonzales, Luis Gonzalez, Ramiro Gonzalez, Jose M. Gonzalez, Emilio J. Gonzalez, Jose E. Gonzalez, Jorge A. Gonzalez, Francisco Gonzalez, Salvador Gonzalez, Lynda J. Gonzalez (Brockman), Richard Gordon, Lupita L. Gorman, Ernesto Granillo, Jr., Andre B. Graves, Timothy R. Gravino, Dana E. Graydon, Michael D. Gregg, Pete Grijalva, Fernando T. Grijalva, Ronald J. Guidry, John D. Gunnoe, Jose O. Gutierrez, Ruben A. Gutierrez, Antonio Guzman, Sr., John L. Hackworth, Leonard M. Hall, Scott D. Hall, George P. Haloulos, Riley W. Hanback, Daniel D. Hann, II, James W. Harper, Alexander J. Harper, Jr., John Harding, Harry Hathaway, Jonathan D. Hays, Kerry Heck, Jimmie M. Hellekson, Dana C. Henry, Timothy W. Henry, Gina Hernandez, Carlos S. Hernandez, Alexander D. Hernandez, Javier R. Hernandez, Reynaldo B. Hernandez, Jaime M. Hernandez, Mario L. Hernandez, Sergio V. Hernandez, Rosa N. Hernandez, Adam Hernandez, Jr., Ernest P. Hernandez, Jr., Lorenzo S. Hernandez, Jr., Harry G. Herrera, Elias Herrera, Jr., James E. Herrington, Juanita P. Hester, Stephen E. Hickey, Jr., Maximino G. Hidalgo, Sandy C. Hill, Rosendo Hinojosa, Edmund P. Hirales, William R. Hirzel, Phillip D. Hise, Roy A. Hoats, Ronnie D. Hobbs, Donald J. Hodges, David R. Hoffman, Richard E. Holland, James J. Holler, Mark R. Holloway, Randall W. Holm, James R. Holmes, Donald M. Hopkins, Thomas P. Housler, John G. Howenstein, Patrick A. Huggins, Michael G. Hughson, Cary L. Hunt, Dolph D. Hunt, Frank E. Hunter, Patrick Hydo, Wayne R. Jackson, Leslie W. James, Leon G. Janek, Julio Jauregui, David H. Jenkins, William Jenkins, Jr., William M. Jepsen, Larry A. Jerde, Todd A. Jewell, Jesus Jimenez, Frank T. Jimenez, Darren T. Johnson, Brent E. Johnson, Dale W. Johnson, Stephen K. Johnson, John C. Johnson, Keith M. Jones, Ernest W. Jordan, Michael E. Jordan, Kenneth L. Kahn, Russell A. Karhoff, Rudy Karisch, Ronny D. Kastner, Jack M. Kelly, Sheridan D. Kennedy, Allen R. Kenrick, David N.

Kimball, Frank R. King, James D. King, Walter B. King, Bernard King, Brian D. Kirkland, William T. Kirkman, Walter E. Kittle, III, Pstachu S. Kohut, Joseph A. Korchmaros, William E. Kramer, Jeffrey C. Kyle, Wayne W. Lackner, Nathan C. Lagasse, David K. Lamascus, Timothy W. Lambourne, Brian M. Langham, Hector Lara, Bonifacio Lara, Franklin V. Larson, Clark P. Larson, Todd A. Latham, Jesus Lazcano, Jr., Jose A. Leal, Ronald Leblanc, Maurice N. Lemieux, Henry Leo, Kevin Levan, Matthew O. Lieurance, Robert Lindly, Alan W. Lindsey, Johnny E. Longoria, Gilberto B. Lopez, Francisco Lopez, Ricardo A. Lopez, Agustin Lopez, Jose L. Lopez, Carlos Lopez, Francisco X. Lopez, Eduardo Lozano, Cesar J. Lozano, Jr., Gerald L. Lucero, Donald B. Lucero, Samuel P. Lucio, Scott A. Luck, Ignacio Luevano, Brian R. Lundquist, Jaime Macias, Darrell B. Mackey, Benjamin Madrid, Jr., Sue Major, Oscar A. Maldonado, Jr., Stephen Mangino, Christopher G. Mangusing, Rene Mares, Jorge Marquez, Jose Marrufo, William E. Martin, Michael A. Martin, Jerry B. Martin, Stephen S. Martin, Gregory O. Martin, Eduardo Martinez, Daniel E. Martinez, John A. Martinez, Eduardo J. Martinez, Manuel Martinez, Pedro L. Martinez, Antonio R. Martinez, Paul Martinez, Scott S. Marvin, William A. Maskell, Joseph W. Mason, Charles A. Matteo, Darrin L. Matthews, Esker Mayberry, John J. McAuliffe, William H. McBride, Thomas L. McCall, Terrance M. McCann, Michael F. McCarson, Michael J. McCarty, Brian W. McClatchie, Todd W. McCool, Brian D. McCormack, David McCutchen, Miguel G. McDowell, James R. McFadden, Paul S. McFadin, Michael O. McGlasson, Thomas R. McGrath, William M. McKay, Paul J. McKinley, Trena R. McLaughlin, Kevin McMichael, Robert A. Mead, Johnny M. Meadors, Roger Meister, Joseph Mellia, Christobal X. Mendez, Steven Mendoza, Miguel Mendoza, Manuel C. Mendoza, Javier Mendoza, Alonso C. Mendoza, Higinio G. Mendoza, Jose Mendoza, Warren W. Merritt, II, Guadalupe Meza, Jr., Daniel Mier, Jr., Russell G. Miles, Dwayne Miller, Shane C. Minter, Genaro F. Miranda, Ruben Miranda, Oscar M. Mireles, Victor G. Mish, Donnie J. Mitchell, William D. Mitchell, Richard C. Molina, Christian L. Molitor, E. Erik Moncayo, Tony W. Moncibaiz, Michael J. Moncibaiz, Sean R. Monroe, Herbert O. Montanez, Robert Montemayor, Eugene Montes, Jr., Albert Montoya, Danois R. Montoya, Abel Monzon, Richard K. Moody, David G. Moody, John T. Moore, Jenaro Morales, Armando Moralez, Alfonso Moreno, III, Benjamin Moreno, Jeffrey G. Morrison, Ralph Moseman, Kolo B. Moser, Daniel T. Moser, Robert M. Most, Rodolfo Muniz, Thomas M. Munn, Robert S. Murlless, Jr., James Murray, Gerald J. Murray, Daniel P. Murray, Christobal G. Musquiz, Robert W. Myers, Paul J. Navarette, Andrew Navarro, Brenda D. Neinast, L.G. Nelson, Jr., Richard H. Nemitz, David J. Newland, Ross G. Nichols, John L. Nienhardt, Salvador Nieto, Kevin L. Nix, James F. Noel, Rene C. Noriega, Donald M. Norris, Juan J. Nunez, Ramon Nunez, Gerardo Ochoa, Hector A. Ochoa, Eric M. Odden, Marc P. O'Donnell, David W. Offutt, Roland E. Ogg, Rolando Olivares, Randy L. Olson, Michael D. Opel, Patrick J. O'Rahilly, Ramiro Ordaz, Jr., James P. Orgeck, Ramon T. Ortega, Diana Ortiz, Charles L. Osborn, Steven R. Osgood, Walter E.

Ottmer, Benito L. Pacrem, Tod D. Padgett, Ruben A. Padilla, Manuel Padilla, Jr., Roberto R. Paez, John W. Paisley, Sergio Palacios, John G. Palmer, Shawn M. Palmer, Joseph W. Pankoke, Glen W. Parker, Jesus E. Parra, Roy B. Parson, Dennis L. Payne, Shem T. Peachey, Samuel D. Peak, Stephen A. Pena, Eligio Pena, Jaime Perez, Jose L. Perez, Daniel Perez, Jaime Perez, Jeffrey M. Perkins, Lealan L. Pinkerton, Jean–Pierre R. Plante, Travis L. Plymale, John Poole, II, John D. Pool, Anthony Porvaznik, Sammy H. Posada, Richard A. Potter, Wayne L. Preston, Jr., Michael W. Prines, Maria A. Privette, Carla L. Provost, Adam K. Pruden, Gary W. Prusik, Severo Quiroga, Nabor E. Ramirez, Eduardo J. Ramirez, Marco A. Ramirez, Manuel R. Ramirez, Vittorio A. Ramirez, Leopoldo Ramirez, III, Roberto Ramirez, Jr., Jorge Ramos, Rene E. Ramos, Danny J. Randall, Richard Ransdell, Theodore L. Raymond, Daryl R. Reed, Jay W. Reed, Roberto Rendon, Jr., Luis B. Renteria, Ramiro Renteria, Jr., Carl G. Rhodes, Darren D. Rich, Robert V. Rich, Jonathan D. Richards, Hector Rios, Jaime Rios, Alan D. Robbins, William J. Robbins, Ronald D. Roberts, Danny R. Roberts, R. Benjamin Robinson, David Robles, Jr., Steven C. Robuck, Carlos V. Roches, Wayne W. Rock, David Rodriguez, Ernest Rodriguez, Manuel M. Rodriguez, Francisco G. Rodriguez, Alex Rodriguez, Eugenio Rodriguez, Johnny J. Rodriguez, Roel H. Rodriguez, Robert C. Roll, Gary J. Roman, Carlos Romo, James Rosales, Herbert A. Roudabush, Carl E. Roy, Thomas W. Rudd, Jonathan B. Russell, Edmund Rutkowski, Walter J. Ryszka, Roberto S. Saenz, Scott F. Sais, Agustin Salgado, Jr., Orlando G. Salinas, Santos L. Salinas, Juan A. Salinas, Jr., Ralph A. Samaniego, Raymundo D. Sanchez, Jesus Sanchez, Orlando Sanchez, Phillip B. Sanchez, Ricardo J. Sanchez, Romulo Sanchez, Jr., Gilberto Sanchez, Jr., Edward L. Sanders, Carlos Santoscoy, John F. Sanwald, Michael Sauceda, Jr., David Scherzer, Preston L. Schleinkofer, Tom Schmerber, Nick T. Schmidt, Rodney S. Scott, Kenneth C. Scott, John D. Searle, Jeffrey D. Self, Daniel C. Serrato, Jesse A. Shaw, III, Gregory S. Shay, Matthew C. Sherman, Mathew E. Shultz, Esperanza C. Shultz, Martha G. Silva, Eliseo Silva, Richard G. Simpson, Joel K. Sims, David W. Sitchler, Walter J. Slovik, Stuart Small, Kevin D. Smith, Kenneth L. Smith, Robert K. Smith, Carl W. Smith, Stephen W. Smith, David O. Smith, Ralph E. Smith, Jr., Jeffrey Snavely, Robert A. Soto, Roberto Soto, Henry S. Soule, Sonia O. Spaulding, William C. Spencer, Jr., Douglas L. Spielman, James E. Splittstoesser, James D. St. Hilaire, John E. Steblein, Marc S. Stelting, William H. Stevens, John F. Stevenson, Randall T. Stiles, Clinton E. Stoddard, Randall R. Stoy, Patrick Q. Straub, John Strauch, Randall W. Sturgeon, Gary J. Subialdea, Patrick E. Sullivan, Eric J. Swanson, Robert P. Swathwood, Jr., Michael J. Syzdek, Michael K. Tangas, Adolfo Tapia, Javier Tarin, George Z. Taylor, Carlos M. Teran, Greg Terrones, Kevin W. Thatcher, Paul D. Thauer, Shavon T. Theis, Michael Thomas, Johnie E. Thomas, Jimmy D. Thornton, Diane S.L. Tolbert, Martha Trevino, Rene Trevino, David R. Trevino, Jr., Ramiro Trevino, Jr., Theresa A. Trueax, Alfonso P. Trujillo, Donny L. Tunnell, Jerry L. Ulibarri, Lawrence P. Unger, Raul R. Valadez, Luis M. Valderrama, Mario Valdez, Heberto Valencia, Rene A. Valenzuela, II, Michelle B. Van Gorder, James E.

Van Gorkom, Arthur Van Haselen, Jr., Loal A. Vance, Mario Vargas, Silvestre M. Vasquez, Gary J. Velasquez, Juan J. Vidaurri, Gary G. Viens, Rogelio Villa, Jr., Mario Villarreal, Marty S. Villarreal, Federico Villarreal, III, Rene Villela, Steven D. Vines, Douglas M. Wagner, James G. Wainer, Roger E. Walden, Lonnie S. Waliczek, William M. Wall, John T. Ward, Tracy Warner, Randy A. Warrick, Paul J. Waterman, Timothy E. Watts, Frederick W. Webb, Don Webster, Paul F. Wells, Charles A. Westbrook, Charles C. Whitmire, David C. Whitmore, Robert S. Wickham, Edmund F. Widner, Carl A. Wieland, Jr., Randall Wiles, Gerald R. Wilke, Donald R. Wilkinson, Mark E. Wilson, Carmen D. Wilson, Rhonda L. Winford, Tommy G. Winget, Thomas M. Winkler, Jerome C. Wofford, William A. Wolfinger, Jr., Mark A. Woody, Tim York, Thomas A. Younghusband, Jesus D. Yzquierdo, Robert E. Zambrano, Salvador S. Zamora, Javier Zapata, Juan E. Zavala, Moises V. Zazueta, Adam Zeitz, Matthew A. Zetts, William M. Zucconi, Carlos Escobar, and Jose A. Molinar, Plaintiffs–Appellants,

and

Paul L. Bales, Michael A. Chavira, Martin R. Clark, Manuel Figueroa, Donn A. Gordon, Debi Jolicoeur (Hines), Doreen M. Kennedy, Brian A. May, Alvaro M. Obregon, Christopher Richards, Ramon Rivera, Garth D. Rogers, Roger W. San Martin, Dean E. Sinclair, and Wayne A. Sommers, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5159.

United States Court of Appeals, Federal Circuit.

March 26, 2004.

Bradley M. Fields, Bobbitt & Pinckard, Sanford A. Toyen, of Counsel, Everett L. Bobbitt, Bobbitt & Pinckard, Principal Attorney, San Diego, CA, for Plaintiffs–Appellants.

Virginia G. Farrier, Principal Attorney, David M. Cohen, of Counsel, Washington, DC, for Defendant–Appellee.

## ORDER

Upon consideration of Kevin A. Barnes, et al.'s unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.